UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>*EX PARTE* APPLICATION OF BRUNA DE SOUZA HABER, A.H., BY HER PARENT PAULA SEABRA PARISOT GUTERRES, AND J.H. BY HIS PARENT PAULA SEABRA PARISOT GUTERRES, TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING UNDER 28 U.S.C. § 1782 | Case No. 1:24-mc-00576-RA |

### [PROPOSED] ORDER

RONNIE ABRAMS, United States District Judge:

On December 10, 2024, applicants Bruna De Souza Haber, A.H. by her parent Paula Seabra Parisot Guterres, and J.H by his parent Paula Seabra Parisot Guterres (collectively "Applicants") filed an *ex parte* application to take discovery for use in a foreign proceeding under 28 U.S.C. § 1782 ("the Application") from Bank of America, N.A., The Bank of New York Mellon, BNP Paribas USA, Citibank N.A., The Clearing House Payments Company LLC, Deutsche Bank AG, the Federal Reserve Bank of New York, HSBC Bank (USA) NA, JPMorgan Chase Bank N.A., Standard Chartered Bank, and Wells Fargo Bank, N.A. (collectively "Subpoena Recipients"). The Court, having determined that the case will not proceed *ex parte*,

It is therefore **ORDERED** that:

(1) By January 3, 2025, Applicants must effect service of the Application and this Order on the Subpoena Recipients.

(2) By January 3, 2025, Applicants must effect service, as appropriate under Brazilian law, of the Application and this Order on all parties to the foreign proceeding.

(3) Any motions to intervene in this proceeding, along with any oppositions to the Application, must be filed no later than January 31, 2025.

(4) Applicants' response to any such motions are due no later than February 19, 2025.

(5) Replies in support of any such motions are due no later than February 28, 2025.

**SO ORDERED.**

Dated: December 20, 2024
      New York, New York

                                                          _____
                                                          RONNIE ABRAMS
                                                          United States District Judge