**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

IN RE:

*EX PARTE* APPLICATION OF BRUNA
DE SOUZA HABER, A.H., BY HER PARENT
PAULA SEABRA PARISOT GUTERRES,
AND J.H. BY HIS PARENT PAULA SEABRA
PARISOT GUTERRES, TO TAKE DISCOVERY
FOR USE IN A FOREIGN PROCEEDING
UNDER 28 U.S.C. § 1782

------------------------------------------------------------------X

24 Misc. No. 00576 (RA) (GS)

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court will hold oral argument on the pending motion for discovery for use in a foreign proceeding under 28 U.S.C. § 1782 (Dkt. No. 1) and the pending motion to intervene (Dkt. No. 13). The parties are ordered to appear on **Wednesday, April 23, 2025 at 2:00 p.m.** in Courtroom 9A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

DATED:   New York, New York
         March 31, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge